UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASKO PROCESSING, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>v.<br><br>KIBBLE & PRENTICE HOLDING COMPANY, a Washington company; and CITIZENS INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>        Defendants. | NO.: 2:17-cv-01393-RSM<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE CROSS MOTIONS FOR SUMMARY JUDGMENT |

**STIPULATION**

Pursuant to Local Rule 7(k), the parties, by and through their undersigned counsel, stipulate to the following briefing schedule regarding filing cross motions for summary judgment:

1. Motions for Summary Judgment shall be filed on or before October 26, 2017, with a noting date of November 17, 2017;

2. Responses shall be filed on or before November 13, 2017;

3. Page limits for each brief shall not exceed 24 pages; and

4. No reply briefs will be filed.

DATED: October 19, 2017.

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE CROSS MOTIONS FOR SUMMARY JUDGMENT - 1
NO. 2:17-cv-01393-RSM

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| LANE POWELL PC | MILLS MEYERS SWARTLING P.S. |
| Attorneys for Citizens Insurance Company of America | Attorneys for Plaintiff |

By:  *s/Charles C. Huber*　　　　　　By:  *s/Kasey D. Huebner*
　　Charles C. Huber, WSBA No. 18941　　　Bruce Winchell, WSBA No. 14582
　　Katie D. Bass, WSBA No. 51369　　　　Kasey D. Huebner, WSBA No. 32890
　　1420 Fifth Avenue, Suite 4200　　　　Mills Meyers Swartling P.S.
　　P.O. Box 91302　　　　　　　　　　　1000 2nd Avenue, 30th Floor
　　Seattle, WA 98111　　　　　　　　　Seattle, WA 98104
　　Telephone: (206) 223-7000　　　　　Telephone: (206) 382-1000
　　Fax: (206) 223-7107　　　　　　　　Fax: (206) 386-7343
　　E-mail: huberc@lanepowell.com　　　E-mail: bwinchell@millsmeyers.com
　　bassk@lanepowell.com　　　　　　　khuebner@millsmeyers.com

## **ORDER**

Based on the foregoing stipulation, IT IS ORDERED:

1. Motions for Summary Judgment shall be filed on or before October 26, 2017 with a noting date of November 17, 2017;

2. Responses shall be filed on or before November 13, 2017;

3. Page limits for each brief shall not exceed 24 pages; and

4. No reply briefs will be filed.

DATED:  October 19, 2017.


　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SETTING BRIEFING
SCHEDULE RE CROSS MOTIONS FOR SUMMARY
JUDGMENT - 2
NO. 2:17-cv-01393-RSM

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343