UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASKO PROCESSING, INC., a Washington corporation,

Plaintiff,

v.

KIBBLE & PRENTICE HOLDING COMPANY, a Washington company; and CITIZENS INSURANCE COMPANY OF AMERICA, a foreign company,

Defendants.

Case No. C17-1393 RSM

**ORDER OF DISMISSAL**

The parties having stipulated that Plaintiff's claims against Defendant Citizens Insurance Company of America in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED this 10th day of May 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1
NO. 2:17-CV-01393-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130369.0001/7289318.1

Presented by:

LANE POWELL PC


By *s/Charles C. Huber*
   Charles C. Huber, WSBA No. 18941
   Katie Bass, WSBA No. 51369
Attorneys for Defendant


MILLS MEYERS SWARTLING P.S.


By *s/Kasey Huebner per email authorization*
   Bruce Winchell, WSBA No. 14582
   Kasey D. Huebner, WSBA No. 32890
Attorneys for Plaintiff

ORDER OF DISMISSAL - 2
NO. 2:17-CV-01393-RSM

130369.0001/7289318.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107